**THEODORE T. HERMAN**
**9909 Topanga Canyon Blvd, Suite 122**
**Chatsworth, CA, 91311**

January 10, 2014

The Honorable Denise Casper
U.S. Courthouse
District of Massachusetts
1 Courthouse Way, Boston, MA, 02210

Re: Steven Stuart

Dear Honorable Judge Casper:

I have known Steve for over 15 years. We met through a referral from a friend to help obtain financing for a new client of mine. For anyone starting a new business, raising investment capital is perhaps the most difficult having to prepare business plans and projections, seek out interested investors, as well as to conform with a myriad of rules and regulations wherein one inadvertent mistake can have serious consequences. Through Steve's contacts and tireless efforts, the client was funded and very thankful. Subsequently Steve has provided financing assistance to several other clients and I have provided accounting and other management services to clients of Steve's.

Since that time we became friends and I have found Steve to always be trustworthy and have the best interests of every one in all situations. I have watched him in action with clients, investors, attorneys, accountants and other intermediaries for both sides and he always looked for a win-win conclusion to what we were working on. He has built his business on referrals from satisfied customers and friends, saying that you never know when that person can be helpful to you or a client in the future.

I know Steve as a devout husband and father who cares very much about his family. While he traveled a lot for business, he was always in constant contact with his family. He always seeks the best for them guiding them to be the best they can be. He has been very active in group sports development programs for his children that has helped obtain college scholarships for two of his children so far as well as for friends of his children.

Shortly after I first met Steve, I was diagnosed with prostate cancer and given at best 5 years to live without immediate surgery. Internet access and medical information was very limited at that time and Steve was able to provide referrals to me for alternatives to the surgery. As a result, I was able through alternative programs to avoid surgery and am now cancer free and still healthy 15 years later.

Based on my experiences with Steve, I have always found him to be a person of good character and a valued asset to his clients, family, friends and community and believe that he deserves a second chance.

Sincerely

*Theodore T. Herman*
Theodore T. Herman

# Andy Wilson

9923 Cedar Crest Drive • Helotes, Texas 78023 • Phone: 210.363.6863
E-Mail: andy@andywilson.com

Date: 1/12/2014

Honorable Denise Casper
US Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Stephen Stuart

Dear Judge Casper:

I have known Stephen Stuart for more than ten years. In that time, we have become close friends. We have spent hundreds of hours working together and in conversation. We have traveled together frequently both in the United States and overseas. I believe that travel reveals a great deal about the character of a person. I have always found Stephen to be a patient, pleasant and cheerful companion. He is compassionate and interested in people. He is also an enthusiastic supporter of new ideas. He has encouraged me and other entrepreneurs to develop and pursue our product visions and dreams. He has provided coaching and guidance on developing and building businesses. He has given his advice and time generously.

I have had the opportunity to speak with Stephen's children and his spouse over the years. I've seen his pride in their achievements. I know him to be a loving father who works hard to provide his children with opportunities to succeed. In the last few years, particularly, I had a number of conversations with Stephen about his son Thomas and which colleges would provide him the best opportunity for both an excellent education and the chance for Thomas to continue to develop his athletic skills.

Stephen and I worked together in 2010 and 11 to launch a 7 on 7 football league for high school teams across the country. Stephen spent hundreds of uncompensated hours and volunteered on many weekends to make the tournament league a reality. The games he organized served hundreds of high school football players from dozens of school teams. And he did so without receiving a penny for his time or expertise.

I trust Stephen and know him to be a kind, generous, caring man who wants the best for his family and his community. I ask that you recognize these qualities as I have and show him leniency in the matter before you.

Sincerely,

*Andrew S Wilson*

Andrew S Wilson
Founder: 360Prism, LLC

January 14, 2114                                                                                    2114 Folkstone Road,

                                                                                                   Timonium, MD 21093

Honorable Denise Casper

US Courthouse – District of Massachusetts

1 Courthouse Way

Boston, MA 02210

Dear Judge Casper,

Stephen Stuart will be appearing before you for sentencing shortly. I am hopeful that you will take my thoughts into consideration at that time.

I don't fully understand the nature of the charges in this matter as I have just become aware of the situation in which he finds himself. I do not know the degree of his involvement nor the consequences of his actions on any innocent parties. Nevertheless, I hope my comments might help you know a little more about Stephen

Stephen has been my son-in-law since his marriage to my daughter, Andrea, 21 years ago. He is the father of three of my eight grandchildren . All of his children are excellent students and athletes with both parents sharing the child-raising duties. Stephen has spent countless hours in gymnasiums and on ball fields as a volunteer coach and official in addition to those spent as a proud parent watching his children participate in various sports. He is a good father and husband.

Stephen has been a caring brother-in-law to my other four children, always willing to give his time and mechanical expertise when things needed repair or restoration. I am not, nor are my sons, mechanically inclined so Stephen has been a blessing to us all in that area. He also stepped up to assist and provide support to my other daughter when she was undergoing a difficult divorce with three young children years ago.

Stephen was particularly kind and considerate in dealing with Andrea's grandmother prior to her passing last year. He guided her through a severe financial crisis and was very caring and supportive over her final years.

I firmly believe that if you have a loving family and good friends you are successful regardless of the lack of power, fame or money. I believe that if you have made life easier or more enjoyable for others you have been successful in life and can be considered a good person overall. I think Stephen has done that and ask that you consider his whole body of work at this time.

I trust that you will do what is right and just and I thank you for your time and attention.

Sincerely,

Ted Linzey

Urbana High School
Athletic Office
3471 Campus Drive
Ijamsville, MD 21754
(Office) 240-236-7711
(Fax) 240-236-7710



Field Hockey Coach: AJ Stuart
andrea.stuart@fcps.org
(Cell) 240 367 4117
http://www.uhsathleticboosters.com/
www.frederickcountymval.org

# URBANA HIGH SCHOOL
## OFFICE OF ATHLETICS
Family, Academics, Athletics, We are *One Team...One Urbana*

Honorable Denise Casper
US Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor,

    I am writing on behalf of my husband Stephen W. Stuart. Stephen and I met while he owned a roofing company and I was in my last year of college in Burtonsville, Maryland. He immediately struck me as a loving and caring man who worked hard to make an honest living. My husband worked as a roofer for many years before he decided to test his talents as a consultant for several small companies. I would describe Stephen as a loyal and trustworthy man who is innovative and creative. When he sets his mind to something, he will get the job done. I knew from the beginning of our relationship that we would spend our lives together and raise a family. We have been married for over 20 years and have 3 children. Two of our children are in college and our youngest daughter is a senior in high school.

    My husband realized early on that quality time with our children was something that he valued. Therefore, he has spent numerous hours training each of them to be the best they could be at their various sports of interest as well as their studies in school. When my son's team did not have a baseball coach, my husband volunteered to take on the job. To become more involved in his life the next fall, he volunteered to help coach his football team as well. He also tirelessly supported our 2 daughters in their athletic endeavors in such sports as softball, basketball, field hockey and track. When it came to exam week, Stephen would assist our children by helping them make study cards and then he would work with them to learn the information each day. As our children became older and more involved in traveling, he would sacrifice his weekends to take them to and from their tournaments and college visits as he knew that he was instrumental in guiding them to be well rounded individuals. He also knew that as they became older, his role in their lives would become even more important, in shaping responsible citizens with goals for the future who would someday become productive individuals who are respectful, responsible and confident young adults.

    I have a great deal of respect and admiration for my husband Stephen. He has persevered through this ordeal for the sake of his family when many others may have given up hope. He has not allowed the unfortunate circumstances that we are dealing with today keep him from being a supportive father and husband. I can attest to his integrity after the long and loving relationship that we have shared. Stephen consistently portrays a man of high moral and ethical standards in which to live his life. Everyone in life makes mistakes, sometimes little and sometimes big, I do believe that Stephen deserves a second chance to prove that he is not the man that this case portrays him to be. I am asking for your consideration in regards to my husband and that you grant him leniency.

Respectfully,

*Andrea J. Stuart*

Andrea J. Stuart



Mr. Jay Berno, Principal
Mr. Michael Chavez, Assistant Principal Mr.
Jack Sclar, Assistant Principal
Ms. Christine Stone, Assistant Principal

January 13, 2014

Honorable Judge Denise Casper,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Dear Judge Casper,

It is my pleasure to write a character reference for Stephen Stuart. Steve has been an outstanding member of our community and I have been fortunate to work with him in a variety of settings over the last nine years. He has volunteered his time on many different occasions to help improve the facilities at our school to give our students a better experience. His generous nature and devotion to our students is remarkable and we are grateful to have Steve as a member of our community.

Mr. Stuart's most notable contribution to our school was his construction of our Field Hockey scoreboard. With the numerous projects throughout our county, and the small number of maintenance workers available, Steve took on the responsibility of building our team's scoreboard. He rented equipment and volunteered many hours of his time to install the posts, raise the electronic board and run the electrical wire to run the board. His generous donation

Along with his work on the scoreboard Steve has also helped build a scorer's table, and repair broken and worn goal, again volunteering his own time to give our students a first rate experience. He has helped educate our coaches with regards to rules interpretation and enforcement. When I first met Mr. Stuart he was a member of our county referee association for Football. Steve was a very well respected official in our area and has met with me personally to help describe situations that I faced and give me advice on dealing with issues involving other officials. In my opinion it takes a special person to agree to officiate high school football games. The pressure is immense and at least half of then people will think you are wrong. Steve was one of the most honorable and honest members of that association, and one who was always willing to volunteer his time to help coaches.

I hope this short letter was able to describe an honorable man who genuinely cares about his community and his friends. He is a well-respected member of our community, giving back when he can, and leading when he is asked. I am confident that Steve will continue to be an asset to our community over the next several years because devotion to the students here at our school. Thank you for taking the time to read about all of the positive thing Mr. Stuart has done for the students at our school.

Sincerely,

Ryan Hines
Athletic Director
Urbana High School
3471 Campus Drive
Ijamsville, MD 21754
Ryan.hines@fcps.org
(301) 606-3603

**Forres McGraw**
**Chantry Garden Medical Foundation**
5427 Preston Haven Drive
Dallas, TX  75229
January 10, 2014

Honorable Denise Casper
U.S. District Court
District Court of Massachusetts
1 Courthouse Way
Boston, MA  02210


RE:  Mr. Stephen Stuart

Your Honor:

I am Forres McGraw.  I am the Executive Director of Chantry Garden Medical Foundation which provides education on HIV transmission and medication for AIDS patients in Africa.  As you can imagine the challenges facing Chantry Garden are many, not the least of which are logistical, political, financial and strategic support.

I have had the pleasure knowing Mr. Stuart since 2005.  My understanding, though I am not familiar with the details, is that Mr. Stuart is being charged with some financial misconduct.  As a result, I have been asked to provide reference on behalf of Mr. Stuart. I am pleased to provide good reference on the character and integrity of Mr. Stuart.

Over the last fifteen years as I worked to provide treatment to AIDS patients in Africa, I have met many people in many countries.  Most often the people I meet regarding our AIDS project are self-centered and greedy.  Their first thoughts seem to be about how they can benefit from offering assistance to us, rather than supporting the mission first.  I can honestly say that Mr. Stuart has been a refreshing minority in the population of people who have offered assistance.  Without any discussion about how, or if, he would be remunerated for his assistance he has made numerous strategic and potentially very helpful introductions over the last several years.  When I asked about remunerating him, his response was that helping to solve a global pandemic would be payment enough for him.  That has continued to be his philosophy since then.

To me this says a lot about the character and integrity of Mr. Stuart.  I certainly hope that Mr. Stuart will not be barred from assisting us in the future, as we need all the help we can get if we are to reach our objective of eradicating AIDS.

Sincerely,

*[signature: Forres McGraw]*

Forres McGraw
Executive Director