January 2, 2014

To Whom It May Concern,

      I am writing on behalf of Mr. Stephen Stuart to address and attest to the exceptional character this man displays every single day. I am honored to call Mr. Stuart not only a friend but a mentor and a father figure as well. In the past five years I have known Mr. Stuart, he has protected and provided for his family far beyond any individual I have ever encountered. The passion and work ethic he exhibits to ameliorate the lives of those around him radiates off him and in fact inspires. I am a first hand witness to this. I have struggled in life and on every occasion where I have been down, Mr. Stuart has lifted me up. When I did not have sufficient funds to procure a meal, he gave me three. At times when I did not have an adequate amount of gas to get to work, he completely filled the tank. When problems at home left me with nowhere to stay, he selflessly provided me with a roof over my head. Mr. Stuart is the type of man to give every crumb of food away and starve before his family ever felt a grumbling in their stomach. He cares so much and works so hard for his family that most people cannot fathom the things he does. It emboldens those around him. It has propelled the family to follow in his footsteps of arduous work, a perennial dedication and a sacrifice so few understand in today's world. He has produced three all state athletes and scholars by instilling in them the very traits he has shown me an incalculable amount of times. His family needs him.

He has personally infused me with an aspiration to selflessly help others as he has every single day I have had the phenomenal pleasure of knowing him. He has helped turn my life around and I have never known him to ever have a malicious intent on anything in the time I have known him.

Sincerely,

PFC Thomas Gay

United States Marine Corps

January 15, 2014

Dear Honorable Casper:

Hello. I am writing in reference to Mr. Stuart who will be appearing before your court. Mr. Stuart asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about him and about his future, and I want to try to make you feel the exact same way.

Mr. Stuart is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known him for 6 years, he has sponsored me on a college visit to Alabama, supported me throughout my high school and college years and all the while I have been convinced that he is a decent person at the core. He has mentored me and other young men from Calvert Hall High School and Next Level Nation donating his time and monetary donations as well.

Mr. Stuart has made mistakes, and he is incredibly remorseful for what he has done. He just needs you to give him an opportunity to get another chance. I just hope that my letter helps you to understand the type of person that he truly is and how much he looks out for others and the community. I just hope you will recognize the power you wield with regard to the future of Mr. Stuart when making your decision.

Thank you,

*Brandon Neverdon*

Brandon Neverdon