January 15, 2014

To Whom It May Concern,

      My name is Molly Stuart; I am Stephen Stuart's 19-year-old daughter. I would say that I am very blessed and privileged individual. I am a sophomore at Shippensburg University of Pennsylvania. My parents, federal loans, an academic scholarship and an athletic scholarship pay for my schooling.

      This past year my field hockey team won the NCAA DII National Field Hockey Championship. My father traveled to North folk, Virginia, to cheer my team and myself on. He knew I wouldn't get much playing time but he still came because he knows how much his support means to me. I honestly believe that my father is a huge reason why I have been so fortunate and successful. For my entire life my father has pushed me to overcome anything that could hold me back from success. He taught me to never be satisfied with my accomplishments, but to always dream bigger and never give up. All of my inspiration to be a great student and to be a great athlete has come from my father. I would do anything to make him proud and nothing makes me happier than seeing him in the stands to support my every move on the field. Every time I haven't played well or haven't played at all he has been there to pick me up and motivate me to work harder. My father has always fueled my determination and my ambition. I play every game for my dad. My teammates have told me that I am the toughest, most hardworking person at practice. But what they don't know is that I only practice so hard so my dad can watch me play and excel during my games.

      My father is so important to my happiness and my success. I can't imagine where I would be without his constant support and love.

      Sincerely,

*Molly Lynne Stuart*

Molly Lynne Stuart